UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                      No. 2:19-CR-20024-001

STEPHEN MARK COX                                                                        DEFENDANT

## OPINION AND ORDER

On November 15, 2021, Defendant Stephen Mark Cox filed a motion (Doc. 106) to modify his sentence pursuant to the First Step Act amendments to 18 U.S.C. § 3582(c), which this Court denied on December 8, 2021, based on a consideration of the factors set forth in 18 U.S.C. § 3553(a).  On December 20, 2021, Defendant filed an untimely reply to the Government's response (Doc. 108) in this matter.  The Court has reviewed the reply, and the reply offers neither law nor fact which affects the Court's opinion denying compassionate release based on the § 3553(a) factors.  To the extent the reply is construed as a motion to reconsider it is denied, and the Court's order remains as entered.

IT IS SO ORDERED this 20th day of December, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE